# INSTRUCTIONS REGARDING CHAPTER 13 DISCHARGE OF DEBT

The Chapter 13 Trustee has prepared a Notice of Completion of Plan Payments. Further information is required from you before our office can request your Discharge of Debt.

**These documents must be signed and returned to this office within 20 days!
You may return by e-mail, fax or regular mail.**

---

**IF YOU BELIEVE YOU ARE ENTITLED TO A DISCHARGE; you must prepare, sign and return the following form(s) to this office.**

1. **DEBTOR'S REQUEST FOR ENTRY OF DISCHARGE and CERTIFICATION REGARDING PLAN COMPLETION**

2. **FORM B283**

**If you have not already done so, you MUST take the Post-Petition Financial Management Course and have the certificate of completion filed with the Court. For a list of approved debtor education providers visit:**
http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm

**Failure to file required documents timely could result in the closing of the case without a discharge.**

---

**You should read these papers carefully and discuss them with your attorney if you have one in this Chapter 13 case. If you do not have any attorney, you may want to consult with one.**

---

**Dated:**
    **White Plains, New York**

                                                  <u>/s/ Jeffrey L. Sapir</u>
                                                  JEFFREY L. SAPIR
                                                  Chapter 13 Trustee
                                                  399 Knollwood Road
                                                  White Plains, New York 10603
                                                  914-328-6333
                                                  914-328-7299 (Fax)
                                                  info@sapirch13tr.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | FORM 1 |

-----------------------------------------------------------x

IN RE:

                               **xxx-xx-**        Chapter 13
                               **xxx-xx-**

                                           Case No.

                        Debtor(s)

-----------------------------------------------------------x

## **DEBTOR'S REQUEST FOR ENTRY OF DISCHARGE and CERTIFICATION REGARDING PLAN COMPLETION**

The Debtor makes the following certifications regarding the completion of the plan:

1. I have satisfied all plan requirements.

2. I have completed the post-petition Financial Management Course. (The certificate of completion must be filed with the Court before the Court can issue the Discharge)

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

| | |
|---|---|
| _____<br>Date | _____<br>Sign |
| _____<br>Date | _____<br>Sign |

Page 2 of 4

B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_____ **District Of** _____

**In re** _____  **Case No.** _____
      **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.* Certification Regarding Domestic Support Obligations (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.* If you checked the second box, you must provide the information below.

My current address: _____

My current employer and my employer's address: _____
_____

*Part III.* Certification Regarding Section 522(q) (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV.  Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____        _____
     Date                     Debtor

B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_____ **District Of** _____

In re _____      Case No. _____
         **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.* Certification Regarding Domestic Support Obligations *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.* If you checked the second box, you must provide the information below.

My current address: _____

My current employer and my employer's address: _____

_____

*Part III.* Certification Regarding Section 522(q) *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV.  Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.


Executed on _____           _____
          Date                                           Debtor